UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID NEKOUIE, | CASE NO. CV 12-6067-GW (AGR) |
| Plaintiff, | |
| vs. | JUDGMENT |
| Carolyn W. Colvin, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: January 9, 2014

_____
GEORGE H. WU
United States District Judge